500 A.2d 416

**Homer SMITH**

**v.**

**Milton WARRELL and Leah, h/w, et al.**

**Petition of Milton WARRELL and Leah, h/w.**

Supreme Court of Pennsylvania.

Nov. 8, 1985.

Petition for Allowance of Appeal GRANTED, No. 147 E.D. Appeal Docket 1985.